FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 17 2006 ★
BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ZYPREXA PRODUCTS LIABILITY LITIGATION | MDL NO. 1596 |
| THIS DOCUMENT RELATES TO: *Johnny Spann v. Eli Lilly & Co.* | 1:06-cv-02658-JBW |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that all of plaintiff's claims are dismissed with prejudice. The parties will bear their own costs and counsel fees.

_____
Annesley H. DeGaris
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
Fax (205) 324-7896
Attorney for Plaintiffs

_____
Nina M. Gussack
Andrew R. Rogoff
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

and

Samuel J. Abate, Jr. (SA 0915)
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

Attorneys for Defendant Eli Lilly and Company

*close the case*
*JW 10/6/06*